THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH SCALLACI, Appellant, v. Dr. J. F. McNEILL, Superintendent of the Institution for Male Defective Delinquents at Napanoch, New York, etc., Respondent.— Order affirmed, without costs of this appeal to either party. All concur. (The order dismisses a writ of

habeas corpus and remands relator into custody.)  Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.